UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Luis ZATARAIN-Zatarain,<br><br>Defendant | Magistrate Docket No. 07 MJ 2899<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **December 13, 2007** within the Southern District of California, defendant, **Jose Luis ZATARAIN-Zatarain,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14ᵗʰ** DAY OF **December 2007**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Luis ZATARAIN-Zatarain

## PROBABLE CAUSE STATEMENT

Agents assigned to the San Diego Sector, Smuggling Interdiction Group, Criminal Alien Squad (SIG/CAS) utilize various sources to locate and arrest previously deported criminal aliens who have returned to the United States in violation of the Immigration and Nationality Act.

Through record checks, SIG Agents discovered that defendant **Jose Luis ZATARAIN-Zatarain**, a previously deported aggravated felon, was possibly residing in, Chula Vista, California.

On December 13, 2007, SIG/CAS Agents arrived at World of Carpet. in San Diego, California. Agents identified themselves as United States Border Patrol Agents and showed their bureau issued badges and credentials to the front office receptionist. The front receptionist resembled the physical description of the defendant. Agents question the receptionist as to his identity and immigration status. The receptionist stated that he in fact was ZATARAIN-Zatarain, Jose Luis. Agents asked the defendant about his citizenship. The defendant stated that he was born in Tijuana, Baja California, Mexico. SIG Agents questioned the defendant if he has any immigration documents to remain in the United States legally. The defendant stated that he did not and that he is in the country illegally. At approximately 12:00 P.M., the defendant was arrested and transported to the Chula Vista Border Patrol Station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 28, 2005** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.