```
                                          FILED
                                       JAN 1 0 2008
                                   CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA
                                 BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0112-WQH |
| ) | |
| Plaintiff, ) | **I N F O R M A T I O N** |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Misdemeanor); |
| JOSE LUIS ZATARAIN-ZATARAIN, ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony) |
| Defendant. ) | |
| ) | |

The United States Attorney charges:

Count 1

On or about **Sept. 20, 2005**, within the Southern District of California, defendant JOSE LUIS ZATARAIN-ZATARAIN, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//

WMC:es:San Diego
12/27/2007

<u>Count 2</u>

On or about December 13, 2007, within the Southern District of California, defendant JOSE LUIS ZATARAIN-ZATARAIN, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: January 10, 2008.

KAREN P. HEWITT
United States Attorney

/s/ W. MARK CONOVER
Assistant U.S. Attorney